942

No. 585. HAGEL v. ILLINOIS. Sup. Ct. Ill. Certiorari denied. *Albert E. Jenner, Jr.,* for petitioner. ■■

No. 586. HENSEL v. CALIFORNIA. Dist. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 589. SHAPIRO & SON CURTAIN CORP. v. GLASS. C. A. 2d Cir. Certiorari denied. *Maximilian Bader* and *I. Walton Bader* for petitioner. *Leon Silverman* for respondent.

No. 592. MERNER LUMBER & HARDWARE Co. v. NATIONAL LABOR RELATIONS BOARD. C. A. 9th Cir. Certiorari denied. *Westerdahl W. Gudmundson* for petitioner. *Solicitor General Marshall, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* for respondent.

No. 598. BRASCH v. STATE COMPENSATION INSURANCE FUND ET AL. Sup. Ct. Cal. Certiorari denied. Petitioner *pro se. T. Groezinger* and *Loton Wells* for respondent State Compensation Insurance Fund.

No. 599. CIOFALO v. BOARD OF REGENTS OF THE UNIVERSITY OF THE STATE OF NEW YORK. Ct. App. N. Y. Certiorari denied. *Maurice Edelbaum* for petitioner. *Louis J. Lefkowitz,* Attorney General of New York, *Robert L. Harrison,* Assistant Attorney General, and *Ruth Kessler Toch,* Assistant Solicitor General, for respondent.

No. 604. TYSON v. LOUISIANA. Sup. Ct. La. Certiorari denied. Petitioner *pro se. Jack P. F. Gremillion,* Attorney General of Louisiana, and *Ralph L. Roy* for respondent.